MCGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
JENNIFER E. DAVIS
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. S-07-242-EFB |
| Plaintiff, | PETITION FOR PROBATION REVOCATION AND |
| v. | ORDER TO APPEAR |
| JEROME DWIGHT JOHNSON, | DATE:  October 6, 2008 |
| | TIME:  10:00 a.m. |
| | JUDGE: Hon. Edmund F. Brennan |
| Defendant. | |

On July 30, 2007, the defendant, JEROME DWIGHT JOHNSON, pled guilty to the following offense:

1. Possession of a Controlled Substance, in violation of Title 21, United States Code, Section 844(a), a misdemeanor.

On October 15, 2007, defendant was given the following sentence by United States Magistrate Judge Edmund F. Brennan:

    1. The defendant shall pay a $1,000.00 fine.

    2. The defendant shall pay a $25.00 special assessment.

    3. The defendant shall serve a one-year term of unsupervised release, to terminate upon completion

1 of fine and assessment payments.
2 The United States alleges that the defendant has violated the
3 conditions of the sentence imposed and the above mentioned order
4 of the court as follows:
5     The defendant has failed to complete payment of the
6     $1,000.00 fine; the defendant has paid to date $80.00,
7     leaving a balance of $920.00.  (Attached and
8     incorporated herein, is Exhibit A, setting forth the
9     receipts of payments made to the Court.)
10 The United States therefore petitions the Court to place this
11 matter on its calendar to allow the defendant to show cause why
12 the probation granted on October 15, 2007, should not be revoked.
13 All of the above has been related to me by Jennifer E. Davis.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: September ___, 2008          Respectfully Submitted,

                                        MCGREGOR W. SCOTT
                                      United States Attorney

                             By: /s/ S. Robert Tice-Raskin
                                  S. ROBERT TICE-RASKIN
                                  Assistant U.S. Attorney

**ORDER**

Good Cause Appearing, the defendant is ordered to appear on October 6, 2008, at 10:00 a.m., before the Honorable Edmund F. Brennan, United States Magistrate Judge, at the U.S. Federal Courthouse, 501-I Street, 8th Floor, Sacramento, California, to show cause why probation should not be revoked.

IT IS SO ORDERED.

Dated: September 26, 2008

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3